NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAMIAN L. BROWN,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3002

---

Petition for review of the Merit Systems Protection Board in case no. CH0752080818-I-2.

---

## ON MOTION

---

## ORDER

Damian L. Brown moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Damian L. Brown
     Robert C. Bigler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK